UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATHEUS PEROBA,<br><br>Defendant | Criminal No.<br><br>Violations:<br><br>Count One: Trafficking in Firearms<br>(18 U.S.C. § 933(a)(1))<br><br>Count Two: Unlawful Shipment of a Firearm Through the United States Mail<br>(18 U.S.C. § 1715)<br><br>Firearm Trafficking Forfeiture Allegation:<br>(18 U.S.C. §§ 924(d)(1), 934(a), and 28 U.S.C. § 2461(c))<br><br>Unlawful Firearm Shipping Forfeiture Allegation:<br>(18 U.S.C. §§ 924(d)(1) and 28 U.S.C. § 2461(c)) |

INFORMATION

COUNT ONE
Trafficking in Firearms
(18 U.S.C. § 933(a)(1))

The Acting United States Attorney charges:

From at least on or about January 11, 2024, through on or about January 25, 2024, in the District of Massachusetts, and elsewhere, the defendant,

MATHEUS PEROBA,

did knowingly ship, transport, transfer, cause to be transported, and otherwise dispose of any firearm, to wit: a Glock 26, model Gen5, 9mm semiautomatic pistol, bearing serial number AFHR092, and a Diamondback Firearms, model DB9, 9mm semiautomatic pistol, bearing serial

number YQ0483, to INDIVIDUAL-1, in or otherwise affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by INDIVIDUAL-1 would constitute a felony as defined in Title 18, United States Code, Section 932(a).

All in violation of Title 18, United States Code, Section 933(a)(1).

<u>COUNT TWO</u>
Unlawful Shipment of a Firearm Through the United States Mail
(18 U.S.C. § 1715)

The Acting United States Attorney further charges:

From at least on or about January 11, 2024, through on or about February 27, 2024, in the District of Massachusetts, and elsewhere, the defendant,

MATHEUS PEROBA,

did knowingly cause to be delivered by the Unites States Postal Service according to the direction thereon a nonmailable pistol, revolver, and other firearms capable of being concealed on the person, to wit: a Glock 26, model Gen5, 9mm semiautomatic pistol, bearing serial number AFHR092; a Diamondback Firearms, model DB9, 9mm semiautomatic pistol, bearing serial number YQ0483; a Glock 43, 9mm semiautomatic pistol, bearing serial number AGZP564; and a Taurus G3C, 9mm pistol, bearing serial number ADA902401.

All in violation of Title 18, United States Code, Section 1715.

FIREARM TRAFFICKING FORFEITURE ALLEGATION
(18 U.S.C. §§ 924(d)(1), 934(a), and 28 U.S.C. § 2461(c))

The Acting United States Attorney further alleges:

1. Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Section 933(a)(1), set forth in Count One, the defendant,

MATHEUS PEROBA

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offense, and, pursuant to Title 18, United States Code, Section 934(a), and Title 28, United States Code, Section 2461(c), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.   The property to be forfeited includes, but is not limited to, the following:

  a. a Glock 26, model Gen5, 9mm semiautomatic pistol, bearing serial number AFHR092; and

  b. a Diamondback Firearms, model DB9, 9mm semiautomatic pistol, bearing serial number YQ0483.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Sections 924(d)(1) and 934(a), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the Court;

      d. has been substantially diminished in value; or

      e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

    All pursuant to Title 18, United States Code, Sections 924 and 934, and Title 28, United States Code, Section 2461.

UNLAWFUL FIREARM SHIPPING FORFEITURE ALLEGATION
(18 U.S.C. §§ 924(d)(1) and 28 U.S.C. § 2461(c))

The Acting United States Attorney further alleges:

1. Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Section 1715, set forth in Count Two, the defendant,

MATHEUS PEROBA

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offense. The property to be forfeited includes, but is not limited to, the following:

   a. a Glock 26, model Gen5, 9mm semiautomatic pistol, bearing serial number AFHR092;

   b. a Diamondback Firearms, model DB9, 9mm semiautomatic pistol, bearing serial number YQ0483;

   c. a Glock 43, 9mm semiautomatic pistol, bearing serial number AGZP564;

   d. a Taurus G3C, 9mm pistol, bearing serial number ADA902401;

   e. approximately 30 rounds of Remington 223 caliber ammunition, seized on or about January 16, 2024; and

   f. approximately 51 rounds of assorted manufacturer 9 caliber ammunition, seized on or about January 29, 2024.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Sections 924(d)(1) and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

  All pursuant to Title 18, United States Code, Sections 924, and Title 28, United States Code, Section 2461.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By: /s/ *Danial E. Bennett*
Danial E. Bennett
Assistant U.S. Attorney

Date:  October 21, 2024