UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 4:24-CR-40023-MRG |
| | ) | |
| MATHEUS PEROBA, | ) | |
| | ) | |
| Defendant. | ) | |

## **UNITED STATES' SENTENCING MEMORANDUM**

The United States of America, by Assistant United States Attorney Danial E. Bennett, hereby submits its sentencing memorandum in advance of the April 14, 2025, sentencing hearing, showing the Court as follows:

### **Factual Background**

In January 2024, the Milford Police Department (MPD) investigated an armed robbery which occurred at a small grocery store in their town. MPD officers identified and arrested individuals suspected of committing this armed robbery, including INDIVIDUAL-1. As a part of their ongoing criminal investigation, MPD obtained a state search warrant for INDIVIDUAL-1's cell phone. In that cell phone, among other items of evidentiary value, investigators identified multiple conversations regarding firearms trafficking between INDIVIDUAL-1 and Defendant Matheus Peroba, who was identified as the subscriber for phone number ending -1928 ("the 1928-Phone").

Defendant Peroba, who lived in Massachusetts before relocating more recently to South Carolina, was born in Brazil. Peroba illegally entered the United States in approximately 2019. INDIVIDUAL-1, who Peroba knew when living in Massachusetts, was born in Brazil and illegally entered the United States in approximately 2021. INDIVIDUAL-1 and Peroba communicated

with one another in Portuguese, their native language.   Under federal law, it is a felony for illegal aliens such as Peroba and INDIVIDUAL-1 to possess a firearm.

MPD also learned through their investigation of an inbound package intended for INDIVIDUAL-1 shipped to an address on Grafton Street in Worcester, Massachusetts that MPD suspected to contain firearms.   As a result, MPD coordinated with the United States Postal Inspection Service (USPIS).   During their review of postal records, Postal Inspectors identified multiple packages enroute to the Grafton Street address.   Of note, was an inbound package from Defendant Peroba.   Specifically, on January 11, 2024, a package was shipped from Summerville, South Carolina to the Grafton Street address ("Package One").   The sender of Package One was listed as "Matheus Peroba" with a return address of "110 Bell Dr., Unit 11, Summerville, SC 29485."   Investigators learned that the 1928-Phone (subscribed to Peroba) was used to track the Package One.

Based upon a review of law enforcement databases, USPIS determined that PEROBA's mailing address was valid and associated to PEROBA's father.   However, Package One was addressed to an individual not associated with the Grafton Street address.   On January 25, 2024, agents obtained federal search warrant for Package One.   Upon opening Package One, agents found: a Glock 26, model Gen5, 9mm semiautomatic pistol (serial number AFHR092); a Diamondback Firearms, model DB9, 9mm semiautomatic pistol (serial number YQ0483); a 31-round large capacity 9mm magazine; and a 10-round 9mm magazine:



On January 25, 2024, Peroba shipped another package from Goose Creek, South Carolina to an address on Broad Street in Marlborough, Massachusetts ("Package Two"). Like Package One, Package Two had a return address of "Matheus Peroba, 110 Bell dr. Summerville SC, 29485 Unit 11." Based upon a review of USPS and law enforcement databases, investigators determined that the listed recipient was not associated with the Broad Street address.

On February 2, 2024, agents obtained a federal search warrant for Package Two. Upon opening Package Two, agents found: a Glock 43, 9mm semiautomatic pistol (serial number AGZP564); two 6-round 9mm magazines; and approximately fifty-one (51) rounds of 9mm ammunition:



On February 23, 2024, Peroba shipped a third package from Summerville, South Carolina to and address on Grant Court in Marlborough, Massachusetts ("Package Three"). Like the two previous packages, Package Three bore a label listing a return address of "Matheus Peroba, 110 bell dr. unit 11, Summerville SC, 29485."  USPIS Inspectors determined that while the Grant Court address was valid, the listed recipient was not associated with that address.

On February 27, 2024, agents obtained a federal search warrant for Package Three. Upon opening Package Three, agents found: a Taurus G3C, 9mm pistol (serial number ADA902401); various rounds of 9mm ammunition, and three (3) pistol magazines:



With respect to firearms trafficking evidence located in INDIVIDUAL-1's phone, on January 10, 2024, the day before he shipped Package One, Peroba sent a message to INDIVIDUAL-1 explaining that if INDIVIDUAL-1 does anything with the gun in Package One, to throw away the top because that is the part of the gun connected to Peroba's name.  In that same conversation, INDIVIDUAL-1 asked Peroba if the gun in Package One has a serial number.  In later conversations, INDIVIDUAL-1 and Peroba discussed an armed robbery committed in Massachusetts, with PEROBA quipping to INDIVIDUAL-1, "damn, I sold you that piece."

On January 12, 2024, Peroba sent INDIVIDUAL-1 a photograph of a black, Diamondback, model DB9, semiautomatic pistol.  Peroba messaged INDIVIDUAL-1 "just like the other kkkkkk".  One day earlier, on January 11, 2024, "Matheus Peroba, 110 Bell Dr., Unit 11, Summerville, SC 29485" mailed Package One to the Grafton Street address.  As noted previously, USPS records further revealed that the 1928-Phone was used to track Package One.  As described above, Package One contained, among other things, a Diamondback Firearms, model DB9, 9mm semiautomatic pistol (serial number YQ0483).

Later the same day, INDIVIDUAL-1 sent Peroba a message that included a picture of a "Mini Draco," an AK-47-type firearm.   Following a voice message, Peroba sent a video of a USPS tracking number to INDIVIDUAL-1.   In the video, South Carolina license plates on other vehicles are visible in the immediate area.   Also visible is a "Ford" logo on the steering wheel, and a unique display and center console indicative of the 2010-2012 Ford Fusion interior, which matched Peroba's vehicle.

Peroba then sent a video message to INDIVIDUAL-1.   In the video, Peroba, is operating a vehicle in traffic.   As the video continues, the camera pans to the front passenger seat where there is a black firearm located within a cardboard box.   The side of the box had labels and barcodes affixed, and the interior of the box contained a black, foam insert.   Located beneath the firearm box is what appears to be a USPS shipping box.   Below the barrel of the unknown firearm is a fabric case bearing the "Diamondback Firearms" logo:



The following day, on January 13, 2024, Peroba sent a screenshot of what appears to be a USPS Tracking webpage to INDIVIDUAL-1.   This is the tracking number associated with Package One.   The screenshot shows an expected delivery date of Tuesday, January 16, 2024, by 9:00 p.m.   Also included in the screenshot was the following update: "Your item arrived at our

SHREWBURY, MA DISTRIBUTION CENTER destination facility on January 13, 2024, at 7:17pm. The item is currently in transit to the destination."

On January 14, 2024, Peroba sent a video message to INDIVIDUAL-1. At the beginning of the video, PEROBA captured his own face. PEROBA is then depicted with his shirt off, holding a black, AK-47 style pistol with a red band wrapped around the magazine seen to have "762 x 39" lettering – a common caliber for an AK-style firearm. During the remainder of the video, Peroba pulled the trigger of the firearm and held it in the rear or "pulled back" position. Peroba then "racked" the charging handle of the firearm backwards and released the handle. Peroba then released the trigger and pulled at the trigger multiple times. Peroba then repeated this action:

 

In a different video sent to INDIVIDUAL-1, Peroba picked up what appears to be the same AK-47 style pistol described above with one hand. With his other hand, Peroba used what appeared to be a cordless grinder to deface a section on the lower receiver of the AK-47 style

pistol.    During the video, sparks could be seen headed in different directions as Peroba continuously manipulated the grinder against the firearm.

Federal law requires that individuals who engage in the business of dealing in firearms are required by federal law to apply for and obtain a Federal Firearms License (FFL) in accordance with 18 U.S.C. § 923(a).    Peroba was 20 years of age at the time of these offense.    Under federal law, an individual must be 21 years of age to be considered for an FFL.    Peroba does not possess, nor ever possessed, a license to deal or manufacture firearms.

On March 5, 2024, agents executed a federal search warrant at Peroba's residence at 110 Bell Dr., Unit 11, Summerville, South Carolina.    Peroba was present at the time of the search and was advised of his *Miranda* rights in both English and Portuguese.    Peroba's father, Peroba's girlfriend (with their infant child) and another male were present inside the residence.    The search warrants were done in conjunction with the USAO DSC (Charleston) which is investigating Peroba's source of firearms within South Carolina.

During the search of Peroba's residence and vehicle, agents located, among other items, three firearms and ammunition, including a loaded Ruger, Model LC9 9 mm pistol with seven rounds of ammunition, an Anderson Manufacturing, Model AM-15 rifle lower receiver, and a Taurus International, Model G2C pistol and two magazines.

Peroba waived his *Miranda* rights and spoke with agents in a recorded interview.    In pertinent part, Peroba confirmed that he was the user of the 1928-Phone.    Peroba identified himself within a video he previously shared via electronic means (this video portrayed Peroba possessing a firearm).    Peroba confirmed that he knows INDIVIDUAL-1 and Peroba admitted to sending and receiving firearms through U.S. Mail.    At the conclusion of the interview, both PEROBA and his father were taken into ICE custody.

**Procedural Background**

On April 5, 2025, Peroba was charged via complaint with firearms offenses. Peroba remained in ICE custody for approximately two months, from March 5, 2024, through May 7, 2024, when he entered US Marshal's custody for this case. Following his initial appearance, on May 7, 2024, to present, he has been detained on his case. On December 17, 2024, Peroba waived indictment and pleaded guilty to a two-count Information charging him with trafficking in firearms, in violation of 18 U.S.C. § 933(a)(1) and unlawful shipment of a firearm through the United States mail, in violation of 18 U.S.C. § 1715.

The government agrees with the U.S. Probation Office's calculation of the total offense level of 22, criminal history category I, yielding an advisory guideline sentencing range of 41-51 months. Given the seriousness of this offense, for reasons that will be set forth in greater detail at sentencing, the government will recommend a sentence within the advisory sentencing guidelines.

Respectfully submitted,

LEAH B. FOLEY
UNITED STATES ATTORNEY

By:    */s/ Danial E. Bennett*
DANIAL E. BENNETT (BBO# 657436)
Assistant U.S. Attorney
United States Attorney's Office
District of Massachusetts
Donohue Federal Building
595 Main Street
Worcester, Massachusetts 01608
Danial.Bennett@usdoj.gov

Dated: April 7, 2025

**<u>Certificate of Service</u>**

This is to certify that I have served a copy of this sentencing memorandum by filing on

CMECF system.

*/s/ Danial E. Bennett*
Danial E. Bennett
Assistant U.S. Attorney

Dated: April 7, 2025